UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.                                                CASE NUMBER:

ANDRE EVERTON GRANT
a/k/a ANDRE LENNOX LEWIS

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, James Olmstead, being duly sworn, depose and say:

1. I am a Special Agent of the Defense Criminal Investigative Service ("DCIS"), and I have been so employed since September 30, 1994. As a DCIS Special Agent, I am responsible for investigations of violations of United States law, including violations of Title 18 of the United States Code. I have received extensive training in the investigation of computer crimes investigation, check fraud, bank fraud, access device fraud, and identity theft, among other things.

PURPOSE OF THE AFFIDAVIT

2. I am investigating Andre Everton Grant a/k/a Andre Lennox Lewis, last known address 1225 Benning Road, Apt 1, Capitol Heights, MD 20743, concerning his involvement in identity theft, 18 U.S.C. 1028 (a)(7), and the fraudulent use of unauthorized access devices, 18 U.S.C. 1029. This affidavit is submitted in support of a Complaint and Arrest Warrant for Andre Everton Grant a/k/a Andre Lennox Lewis.

PROBABLE CAUSE

3. The information in this affidavit is based on my personal knowledge and information obtained from other law enforcement personnel. The information set forth here is provided solely for the purpose of establishing probable cause in support of the criminal complaint. Because this affidavit is submitted for the limited purpose of establishing probable cause, it does not include all of the details of the investigation of which your affiant is aware.

1

4. On December 16, 2009 "J.A.", of Clarksville, TN, completed a Victim's Complaint and Affidavit for Andrews Federal Credit Union (Andrews FCU) 5711 Allentown Road, Suitland, MD 20746 related to the fraudulent creation of an account using his identity information, including his name, date of birth, and social security number ***-**-0676. "J.A." stated that he did not authorize anyone to use his name or personal information to open the account, which Andrews FCU records indicate was opened on October 6, 2009 at approximately 4:20 PM. "J.A." stated further that he did not receive any money, goods, or services related to the same account. Andrews FCU is located in the District of Maryland and is managed by the National Credit Union Administration (NCUA), a federal government agency that insures Andrews FCU.

5. In December 2009, Veronica Pineyro, Fraud Manager, Andrews FCU, identified the fraudulent account, which was opened using the identity information of "J.A.", as no. 820034705, debit card number 4210 9100 0143 1673 and a related disbursed loan. This account was opened online on the website of Andrews FCU and the applicant provided a mailing address of 1160 Owen Pl, NE, Washington, DC 20002, home phone (718) 304-7404. Andrews FCU computer log records indicate that the applicant connected to Andrews FCU's website from IP address 76.111.64.110. Public Internet databases indicate that IP address 76.111.64.110 is owned by Comcast, 650 Centerton Road, Moorestown, NJ.

6. Pursuant to subpoena, Comcast provided subscriber information related to IP address: 76.111.64.110. According to Comcast records, the customer assigned that IP address from June to September 2009 was Lennox Lewis, 1160 Owen Pl, NE, Apt 1, Washington, DC 2002. Comcast also reported that some of the records in their IP assignment database were corrupted and that it could not identify specifically the customer assigned IP address 76.111.64.110 on subsequent dates.

7. In addition, Andrews FCU provided transaction details for the debit card which listed purchases and withdrawals of funds from two ATM machines, a Bank of America ATM located in Springfield, VA and a Sun Trust ATM located at 13th & U, in Washington, DC. According to Pineyro, Andrews FCU incurred a total loss of $9,481.03 related to the purchases and cash withdrawals on the fraudulent account. Camera surveillance at the ATMs also took photographs of the individual who used these ATMs to withdraw funds from the fraudulent Andrews FCU account.

8. Based on the Andrews FCU computer logs implicating IP address 76.111.64.110 and Comcast records indicating that for at least a four month period in 2009, IP address 76.111.64.110 was assigned to Andre E. Grant, I obtained known photographs of Andre E. Grant as indicated below.

9. I reviewed a Department of Defense identification photograph and information for Andre Everton Grant, last known address 2509 Corning Ave, Ft. Washington, MD 20744. I also reviewed a photograph and Connecticut driver's license, number: 2279077711, information for Andre Everton Grant. Connecticut State driver's records show that on May 31, 2008, Grant's name was changed to Andre Lennox Lewis on his driver's license. These two photographs appear to depict the same African-American male known as Andre Everton Grant a/k/a Andre Lennox Lewis.

10. On December 21, 2009, I also reviewed a copy of a "mug shot" of a Andre E. Grant, 1160 Owen Pl, NE, Apt. 1, Washington, DC 20002 taken by the Washington DC Metropolitan Police, Washington, DC concerning a September 7, 2009 arrest. This photograph appears to depict the same person shown in the DoD identification photograph and Connecticut driver's license photograph.

11. On December 30, 2009, Lt. Danielle Baker, Assistant Site Manager, Video Retrieval, Wackenhut Security, provided photos of the individual who withdrew funds on Andrew's FCU debit card 4210 9100 0143 1673 on October 24, 2009 at approximately 4:02 am. On January 6, 2010, Bob Tapscott, Assistant Vice President, Corporate Security SunTrust Banks, Inc., provided photos of the individual who withdrew funds on Andrews FCU debit card 4210 9100 0143 1673 on October 28, 2009 at approximately 5:31 pm. All of the surveillance photographs appear to depict the same person, an African-American male, who also appears to be same person shown in the photographs identified in foregoing paragraph 9 (Dept. of Defense identification and Connecticut driver's license) and paragraph 10 (Washington D.C. Metropolitan "mugshot").

12. On January 13, 2010, at my request, United States Postal Inspector Tira Hayward confirmed that Andre Everton Grant had received mail at 1160 Owen Place, NE, Apt. 1, Washington, DC 20002, but that he has since moved to 1225 Benning Road, Apt 1, Capitol Heights, MD 20743. On March 29, 2010, Inspector Hayward confirmed that mail addressed to Andrew Grant continues to be delivered to 1225 Benning Road, Apt 1, Capitol Heights, MD 20743.

## CONCLUSION

Based upon the foregoing, your affiant attests that there is probable cause to believe that Andre Everton Grant a/k/a Andre Lennox Lewis knowingly used, without lawful authority, a

means of identification of another person with the intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes a violation of Federal law, to wit, knowingly and with intent to defraud obtained an unauthorized access device with the means of identification of "J.A.", a real person, and used said unauthorized access device during any one-year period, and by such conduct obtained anything of value aggregating $1,000 or more during that period, all in violation of 18 U.S.C. §§ 1028 (a)(7) and 1029 (a)(2).

Further, your affiant requests respectfully that an arrest warrant be issued for the immediate arrest of Andre Everton Grant a/k/a Andre Lennox Lewis.

_____
JAMES E. OLMSTEAD, SPECIAL AGENT
DEFENSE CRIMINAL INVESTIGATIVE SERVICE

Sworn and subscribed before
me this 30 day of March, 2010, at Greenbelt, Maryland.

_____
UNITED STATES MAGISTRATE JUDGE